**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUL 2 1 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **4:17CR331 PLC** |
| | ) |
| JEFFREY JEFFERSON, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

### COUNT I
### (UNLAWFUL DELAY OF MAIL)

The Acting United States Attorney charges that:

On or about February 10, 2017, in Saint Louis City, located within the Eastern District of Missouri,

**JEFFREY JEFFERSON,**

defendant herein, having taken charge of United States mail to be delivered to mail addresses,

voluntarily detained, destroyed, delayed and opened United States mail intended for delivery via City

Route 1114.

All in violation of Title 18, United States Code, Section 1703(a).

CARRIE COSTANTIN
Acting United States Attorney

DIANNA R. COLLINS, #59641MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Dianna R. Collins, Assistant United States Attorney for the Eastern District of Missouri, being duly

sworn, do say that the foregoing information is true as I verily believe.

DIANNA R. COLLINS

Subscribed and sworn to before me this _21_ day of July 2017.

CLERK, U.S. DISTRICT COURT

By:

DEPUTY CLERK

2